AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 26-11457

Hon. Jonathan J.C. Grey

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Payam Sadeghi

was received by me on *(date)*   Jun 4, 2026   .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)*  Ferret Rahim, Mother

_____ , a person of suitable age and discretion who resides there,

on *(date)*  Fri, Jun 26, 2026  , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

 designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):* _____

_____ .

My fees are $   $145.00   for travel and $ _____ for services, for a total of $   $145.00   .

I declare under penalty of perjury that this information is true.

Date:  Wed, Jul 1, 2026 _____

*Miguel Gonzalez*
_____
Server's signature

Miguel Gonzalez, Process Server
_____
*Printed name and title*

440 NORTH MOUNTAIN AVENUE SUITE 115, UPLAND, CA 91786
_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    **2:26-cv-11457-JJCG-DRG**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Payam Sadeghi**
was received by me on  **5/29/2026:**

☐   I personally served the **Complaint; Summons** on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of  organization)*; or

☒    I returned the summons unexecuted because **No contact** after attempting service at **120 Rue Monet, Foothill Ranch, CA 92610**; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 78.00** for services, for a total of **$ 78.00**.

I declare under penalty of perjury that this information is true.

Date:  06/25/2026

_____
*Server's signature*

**Babken Gevorgyan**
*Printed name and title*

**431 Vine st
Apt E
Glendale, CA 91204**

_____
*Server's address*

Additional information regarding attempted service, etc:

**5/29/2026 4:03 PM: I spoke with an individual who identified themselves as the resident and they stated subject resides but not available at this time. I spoke with a neighbor who says subject resides.
5/30/2026 11:23 AM: There was no answer at the address.
6/2/2026 3:06 PM: I spoke with an individual who identified themselves as the subject's parent and they stated subject resides but not available at this time.
6/3/2026 10:44 AM: There was no answer at the address.
6/5/2026 1:27 PM: There was no answer at the address.
6/7/2026 3:23 PM: I spoke with an individual who identified themselves as the resident and they stated subject resides but not available at this time.**





Tracking #: **0229593972**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 3)

Civil Action No.     **2:26-cv-11457-JJCG-DRG**

**6/10/2026 2:52 PM: There was no answer at the address.**
**6/13/2026 4:39 PM: I spoke with an individual who identified themselves as the resident and they stated subject resides but not available at this time.**
**6/15/2026 4:07 PM: There was no answer at the address.**
**6/17/2026 10:11 AM: There was no answer at the address.**
**6/20/2026 12:04 PM: There was no answer at the address.**
**6/22/2026 7:44 PM: There was no answer at the address.**





Tracking #: **0229593972**