**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

HAROLD E. RUTILA, IV,

*Plaintiff,*

vs.

RANGE VIEW MANAGEMENT LLC, et al.

*Defendants*.

Civil Action No.
2:26-cv-11457-JJCG-DRG
Assigned to Honorable Jonathan J.C. Grey
Referred to Honorable David R. Grand

**PLAINTIFF'S REQUEST FOR CLERK'S ENTRY OF DEFAULT**

Pursuant to FED. R. CIV. P. 55(a), Plaintiff Harold E. Rutila, IV ("Plaintiff") hereby requests an Entry of Default by the Clerk of this Court against Defendant Payam Sadeghi for failure to plead or otherwise defend. In support of this request, Plaintiff attaches an affidavit in support.

Respectfully submitted,

Dated: July 19, 2026

/s/ Harold E. Rutila, IV
Harold E. Rutila, IV
*Pro se*