**AFFIDAVIT IN SUPPORT OF REQUEST FOR CLERK'S ENTRY OF DEFAULT**

1. I, Harold E. Rutila, IV, am the Plaintiff in this action.
2. I filed the Complaint in this action on May 1, 2026.
3. One of two Defendants in this action is Mr. Payam Sadeghi.
4. The summons and complaint were served on Mr. Payam Sadeghi at his residence, 120 Rue Monet, Foothill Ranch, CA 92610, on June 26, 2026.
5. Pursuant to FED. R. CIV. P. 4(e)(2)(B), after verifying with one or more residents of, and at least one neighbor to, the above address that Mr. Sadeghi resides at this location, a process server left the summons and complaint with Mr. Sadeghi's mother, Ms. Ferret Rahim. *See* Dkt. 6 at 2-3 (detailing process server's contacts at the above address).
6. On July 7, 2026, I spoke with the process server's office staff by phone to confirm that the process server had also mailed a copy of the summons and complaint to Mr. Sadeghi's above address and was told that he had done so.
7. Mr. Sadeghi has failed to plead or otherwise defend in accordance with FED. R. CIV. P. 12.
8. Mr. Sadeghi is not an infant, incompetent person, or member of the military service.
9. Service of process on the second defendant, Range View Management, LLC, remains ongoing, due to its listing of an incorrect registered agent address on its active business entity filing in the state of Wyoming. Efforts to resolve this matter will be addressed in separate filings with the Court if needed.
10. This statement is true and is signed under penalty of perjury.

/ /

Respectfully submitted,

DATE: JULY 19, 2026

/s/ Harold E. Rutila, IV
Harold E. Rutila, IV
*Pro se*
11800 Merriman Rd
#51552
Livonia, MI 48151
h.rutila@gmail.com
(810) 845-3497