UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Harold Edward Rutila [E−filer]
IV,

Plaintiff(s),

v.

Range View Managment, LLC,
et al.,

Defendant(s).

Case No. 2:26−cv−11457−JJCG−DRG
Hon. Jonathan J.C. Grey

---

## CLERK'S ENTRY OF DEFAULT

Party in Default:  Payam Sadeghi

The default of the party named above for failure to plead or otherwise defend is entered.

## Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

KINIKIA D. ESSIX, CLERK OF COURT

By: s/ J Parker_____
Deputy Clerk

Dated:  July 20, 2026