AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.      **2:26-cv-11457**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Range View Management**
was received by me on  **7/21/2026:**

☐     I personally served the **SUMMONS; COMPLAINT** on the individual at *(place)*  on *(date)* ; or

☐     I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒     I served the summons on **Katie Ames**, who is designated by law to accept service of process on behalf of **Range View Management** at **1912 Capitol Ave Ste 500, Cheyenne, WY 82001** on **07/21/2026 at 1:55 PM**; or

☐     I returned the summons unexecuted because ; or

☐     Other *(specify)*

My fees are $ 0 for travel and **$ 135.00** for services, for a total of **$ 135.00**.

I declare under penalty of perjury that this information is true.

Date:  07/21/2026

_____
*Server's signature*

**Brendan Threewitt**
*Printed name and title*

**86 Morrie Ave**
**Cheyenne, WY 82007**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT,  to Katie Ames who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired black female contact 45-55 years of age, 5'6"-5'8" tall and weighing 200-240 lbs.**





Tracking #: **0233420502**