# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| HAROLD E. RUTILA, IV, | Civil Action No. |
| *Plaintiff,* | 2:26-cv-11457-JJCG-DRG |
| | Assigned to Honorable Jonathan J.C. Grey |
| vs. | Referred to Honorable David R. Grand |
| RANGE VIEW MANAGEMENT LLC, et al. | **PLAINTIFF'S REQUEST FOR CLERK'S ENTRY OF DEFAULT** |
| *Defendants*. | |

Pursuant to FED. R. CIV. P. 55(a), Plaintiff Harold E. Rutila, IV ("Plaintiff") hereby requests an Entry of Default by the Clerk of this Court against Defendant Range View Management LLC for failure to plead or otherwise defend. In support of this request, Plaintiff attaches an affidavit in support.

Respectfully submitted,

Dated: August 12, 2026

/s/ Harold E. Rutila, IV
Harold E. Rutila, IV
*Pro se*