**AFFIDAVIT IN SUPPORT OF REQUEST FOR CLERK'S ENTRY OF DEFAULT**

1. I, Harold E. Rutila, IV, am the Plaintiff in this action.

2. I filed the Complaint in this action on May 1, 2026.

3. One of two Defendants in this action is Range View Management LLC.

4. The summons and complaint were served on Range View Management LLC at the office of its registered agent[1], 1912 Capitol Ave, Ste 500, Cheyenne, WY 82001 on July 21, 2026. Dkt. 9.

5. Range View Management LLC has failed to plead or otherwise defend in accordance with FED. R. CIV. P. 12.

6. Range View Management LLC is not an infant, incompetent person, or member of the military service.

7. This statement is true and is signed under penalty of perjury.

Respectfully submitted,

DATE: AUGUST 12, 2026

/s/ Harold E. Rutila, IV
Harold E. Rutila, IV
*Pro se*
11800 Merriman Rd
#51552
Livonia, MI 48151
h.rutila@gmail.com
(810) 845-3497

---

[1] Plaintiff's previous reference to a service address discrepancy for Defendant Range View Management, *see* Affidavit at Dkt. 7, has been resolved by serving Defendant at its registered agent in Wyoming, which is Defendant's original state of formation. It is registered as a foreign LLC in California.