UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Harold Edward Rutila [E−filer] IV,

Plaintiff(s),

v.

Case No. 2:26−cv−11457−JJCG−DRG
Hon. Jonathan J.C. Grey

Range View Managment, LLC, et al.,

Defendant(s).

**CLERK'S ENTRY OF DEFAULT**

Party in Default: Range View Managment, LLC

The default of the party named above for failure to plead or otherwise defend is entered.

**Certificate of Service**

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

KINIKIA D. ESSIX, CLERK OF COURT

By: s/ Nahin Ahmed
Deputy Clerk

Dated: August 13, 2026