**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| HAROLD E. RUTILA, IV,<br>*Plaintiff,*<br>vs.<br>RANGE VIEW MANAGEMENT LLC, et al.<br>*Defendants*. | Civil Action No.<br>2:26-cv-11457-JJCG-DRG<br>Assigned to<br>Honorable Jonathan J.C. Grey<br>Referred to Honorable David R. Grand<br><br>**MOTION FOR DEFAULT JUDGMENT** |

Pursuant to FED. R. CIV. P. 55(b)(2), and E.D. Mich. LR 55.2, Plaintiff Harold E. Rutila, IV ("Plaintiff") hereby moves this Court for entry of a default judgment against Defendants Range View Management LLC and Payam Sadeghi ("Defendants"), jointly and severally. The Clerk has entered the default of each Defendant for failure to plead or otherwise defend. Plaintiff requests that the Court enter judgment awarding Plaintiff as follows:

a. Statutory damages in the amount of $48,000, comprising thirty-two (32) violations of the Telephone Consumer Protection Act, trebled at $1,500 each, as set forth in Plaintiff's accompanying Brief in Support and Declaration.

b. Plaintiff's taxable costs, pursuant to 28 U.S.C. § 1920; and

c. Post-judgment interest, pursuant to 28 U.S.C. § 1961.

Plaintiff's grounds for this Motion are set forth in his accompanying Brief in Support.

Pursuant to E.D. Mich. LR 7.1(a), concurrence on the requested relief could not be obtained because Defendants have failed to appear, plead, or otherwise defend this action, as noted by the Clerk's entry of default for each Defendant. *See* Dkt. 8, Dkt. 11.

Because Defendants have failed to appear, no service of this motion is required. FED. R. CIV. P. 5(a)(2).

Respectfully submitted,

Dated: September 5, 2026

/s/ Harold E. Rutila, IV
Harold E. Rutila, IV
*Pro se*
11800 Merriman Rd
#51552
Livonia, MI 48151
h.rutila@gmail.com
(810) 845-3497