# EXHIBIT 1

Gmail

Harold Rutila <h.rutila@gmail.com>

## National Do Not Call Registry - Your Registration Is Confirmed

1 message

**Verify@donotcall.gov** <Verify@donotcall.gov> Fri, Sep 4, 2026 at 11:23 PM
To: h.rutila@gmail.com

Thank you for registering your phone number with the National Do Not Call Registry. You successfully registered your phone number ending in 3497 on August 18, 2009. Most telemarketers will be required to stop calling you 31 days from your registration date.

Visit https://www.donotcall.gov to register another number or file a complaint against someone violating the Registry.

*******************************************************************************************
************************************

Please do not reply to this message as it is from an unattended mailbox. Any replies to this email will not be responded to or forwarded. This service is used for outgoing emails only and cannot respond to inquiries.

# EXHIBIT 2


00:04
91
2
+1 (877) 884-5743
Text Message • SMS
Wed, Apr 1 at 18:09
Hi Harold, This is Emma with Fresh Start Assist. Following up about your personal loan request. Trying to connect you with our agents regarding your approval. Txt END to opt out. Otherwise, can I call you now? If the loan is no longer needed, let me know.
Thu, Apr 2 at 12:19
Hi Harold, this is Emma from Fresh Start Assist here. Can I call you to go over your personal loan? If you no longer need it, just let me know. I appreciate it
Fri, Apr 3 at 17:04
Hi Harold, Don't want to bother you. This is Fresh Start Assist to finish reviewing options for your personal loan. Do you have time now for a quick call? If the loan is no longer needed, let me know. I appreciate it.
Sat, Apr 4 at 13:05
Text Message • SMS
options. Let me know if you no
longer need the loan, otherwise

00:04

+1 (877) 884-5743

Sat, Apr 4 at 13:05

Hi Harold, Emma here from Fresh Start Assist to review loan options. Let me know if you no longer need the loan, otherwise have a few minutes now to discuss your application?

Mon, Apr 6 at 12:45

Harold, this is Emma from Fresh Start Assist following up regarding your personal loan. If not interested, just let me know. Otherwise, is now a better time to talk?

Tue, Apr 7 at 16:09

Hi Harold, this is Fresh Start Assist to review options for your personal loan. Is now a better time for a quick call?

Thu, Apr 9 at 17:03

Hi Harold, we noticed your interest in a personal loan. Would now be a better time to go over your options? - Fresh Start Assist

Mon, Apr 13 at 14:56

Text Message • SMS


to talk?
00:04
91
+1 (877) 884-5743
time for a quick call?
Thu, Apr 9 at 17:03
Hi Harold, we noticed your interest in a personal loan. Would now be a better time to go over your options? - Fresh Start Assist
Mon, Apr 13 at 14:56
Hi Harold, this is Emily from Fresh Start Assist. Just need a few minutes to finish reviewing your loan request. Can you talk now?
Wed, Apr 15 at 14:05
Hi Harold, this is Emily from Fresh Start Assist. There may be some lower-rate personal loan options available to you now. Can I call you to review?
Mon, Apr 20 at 14:32
Hi Harold, it's Emily from Fresh Start Assist. Following up to explore loan options, we're ready when you are. Want to connect now for a quick call?
Text Message • SMS


00:06
91
2
+1 (866) 849-5410
Text Message • SMS
Fri, Apr 17 at 19:49
Hi Harold, This is Jess with Fresh Start Assist. Following up about your personal loan request & we are trying to connect you with our loan officer regarding your approval. Txt END to opt out. Otherwise, can I call you now? If the loan is no longer needed, let me know.
Sat, Apr 18 at 12:32
Hi Harold, just checking in! Our agents has a few openings this week to review personal loan options. A quick consultation could help you plan a fresh financial start. Do you have a few mins for a call?
Mon, Apr 20 at 16:55
Harold, Jess here. I don't want to bother you, but many clients like you have recently taken steps toward a fresh financial start through our consultation. Our agents can review your options and estimated costs. Are you free for a quick call?
Text Message • SMS
Hi Harold, I haven't heard back


00:06
91
2
+1 (866) 849-5410
free for a quick call?
Tue, Apr 21 at 13:41
Hi Harold, I haven't heard back from you. This is Jess with Fresh Start Assist. A short call could help you explore personal loan options for a fresh financial start. Can we connect today?
Wed, Apr 22 at 15:13
Hi Harold, this is Fresh Start Assist. If you're still considering a personal loan, our agents can provide details and estimated costs. Can Is now a good time?
Thu, Apr 23 at 16:45
Hi Harold, this is Jess with Fresh Start Assist. This is my final follow-up before your file becomes inactive. You may qualify for a consultation that could help you secure a fresh financial start. Can I connect you now with our agents to discuss?
If you did not expect this message from an unknown sender, it may be spam.
Report Spam
Text Message • SMS

# EXHIBIT 3


00:08
91
2
+1 (888) 592-6190
Text Message • SMS
Aug 4, 2025 at 16:07
Hi Harold, this is Emma. Following up on your personal loan request in MI to assist with your finances. We want to review your approval & next steps. Reply END to opt out. If you no longer need the loan, just let me know. Otherwise, can I call you now to discuss further?
Aug 5, 2025 at 16:41
Hi Harold, Fresh Start Assist following up regarding your personal loan options. Let me know if you no longer need the loan. Otherwise, do you have a few minutes to discuss your options?
Aug 6, 2025 at 16:59
Hi Harold, I don't want to bother you. This is Fresh Start Assist reaching out again to review options regarding your personal loan. I just need a few minutes. Do you have time now for a quick call? If you no longer need the loan let me know. I appreciate it.
Text Message • SMS


00:08
91
+1 (888) 592-6190
loan let me know. I appreciate it.
Aug 7, 2025 at 18:13
Harold this is Emma with Fresh Start Assist again. Let's review your options for your personal loan & take the next steps to get your money by tomorrow. Is now a better time for a quick call?
Aug 8, 2025 at 18:57
Harold, this is Fresh Start Assist. Have not heard back from you regarding your personal financing plan. Let me know if no longer interested, otherwise, can you talk now?
Aug 11, 2025 at 19:25
Hi Harold, this is Fresh Start Assist reaching out one last time regarding your personal Loan. I understand life gets busy, just need a 5 min call to secure your loan. Do you have time now to talk?
If you did not expect this message from an unknown sender, it may be spam.
Report Spam
Text Message • SMS