UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Harold Edward Rutila [E−filer], IV,

Plaintiff(s),

v.

Range View Managment, LLC, et al.,

Defendant(s),

Case No. 2:26−cv−11457−JJCG−DRG
Hon. Jonathan J.C. Grey

**NOTICE OF MOTION HEARING**

You are hereby notified to appear before District Judge Jonathan J.C. Grey at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan. Please report to Room 250. The following motion(s) are scheduled for hearing:

Motion for Default Judgment − #12

- MOTION HEARING: October 30, 2026 at 01:00 PM

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

By: s/Sandra A Osorio
Case Manager

Dated: September 9, 2026