**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| HAROLD E. RUTILA, IV,<br>*Plaintiff,*<br>vs.<br>RANGE VIEW MANAGEMENT LLC, et al.<br>*Defendants*. | Civil Action No.<br>2:26-cv-11457-JJCG-DRG<br>Assigned to<br>Honorable Jonathan J.C. Grey<br>Referred to Honorable David R. Grand<br><br>**CERTIFICATE OF SERVICE RE: PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT, DKT. 12** |

I, Plaintiff Harold E. Rutila, IV, sent copies of Plaintiff's Motion for Default Judgment, Dkt. 12, and all attachments thereto (i.e., Dkts. 12-1 through 12-3) to both Defendants via USPS Priority Mail at their following addresses on September 12, 2026:

1. Range View Management LLC
   1912 Capitol Ave Ste 500
   Cheyenne, WY 82001
   USPS Tracking No. 9505 5066 1831 6255 6454 88

2. Payam Sadeghi
   120 Rue Monet
   Foothill Ranch, CA 92610
   USPS Tracking No. 9505 5066 1831 6255 6454 64

On September 15, 2026, I also sent copies of the Court's Notice of Hearing, Dkt. 13, to both Defendants at their above-listed addresses via USPS First Class Mail.

Service is not required pursuant to FED. R. CIV. P. 5(a)(2) because Defendants have failed to appear. Plaintiff has conducted service of Dkts. 12-13 in good faith and to foreclose any defense that Defendants were not timely notified about Plaintiff's Motion or its hearing.

Respectfully submitted,

Dated: September 15, 2026

/s/ Harold E. Rutila, IV
Harold E. Rutila, IV
*Pro se*
11800 Merriman Rd
#51552
Livonia, MI 48151
h.rutila@gmail.com
(810) 845-3497