**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| HAROLD E. RUTILA, IV,<br>*Plaintiff,*<br>vs.<br>RANGE VIEW MANAGEMENT LLC, et al.<br>*Defendants*. | Civil Action No.<br>2:26-cv-11457-JJCG-DRG<br>Assigned to Honorable Jonathan J.C. Grey<br>Referred to Honorable David R. Grand<br><br>**NOTICE OF SETTLEMENT AND MOTION TO ADJOURN HEARING AND HOLD MOTION FOR DEFAULT JUDGMENT IN ABEYANCE** |

Plaintiff Harold E. Rutila, IV ("Plaintiff") respectfully notifies the Court that the parties have arrived at a settlement in principle resolving all claims in this action and moves to adjourn the hearing presently set for October 30, 2026.

1. Plaintiff's Motion for Default Judgment against both Defendants, Dkt. 12, is set for hearing on October 30, 2026 at 1:00 P.M. *See* Dkt. 13.

2. The parties have reached a settlement in principle resolving all claims in this action. The parties are finalizing the written settlement agreement. Once finalized, the terms are expected to take ninety (90) days to satisfy, after which Plaintiff will move to voluntarily dismiss this action with prejudice.

3. Accordingly, Plaintiff respectfully requests that the Court (a) adjourn the October 30, 2026 hearing; (b) hold the Motion for Default Judgment, Dkt. 12, in abeyance, rather than deny it, pending fulfillment of the parties' settlement; (c) maintain the

Clerk's entries of default, Dkts. 8 and 11, against both Defendants; and (d) direct Plaintiff to file either a voluntary dismissal with prejudice or a status report on or before February 26, 2027.

4. If the settlement is not fulfilled for any reason, Plaintiff will advise the Court and request that the hearing on his Motion for Default Judgment be promptly reset.

5. Pursuant to E.D. Mich. LR 7.1(a), concurrence in Plaintiff's request for adjournment was obtained on October 28, 2026 from Mario Iskander, counsel representing Defendants in the parties' settlement discussions. No appearance has been filed on Defendants' behalf in this action.

6. This is Plaintiff's first request to adjourn the hearing, which is being made in good faith following a settlement effort by both parties and not for the purpose of delay. No party will be prejudiced by the relief requested.

Should the Court opt not to adjourn this Friday's hearing, Plaintiff will attend and present these matters before the Court in person.

Respectfully submitted,

Dated: October 28, 2026

/s/ Harold E. Rutila, IV
Harold E. Rutila, IV
*Pro se*
11800 Merriman Rd
#51552
Livonia, MI 48151
h.rutila@gmail.com
(810) 845-3497